IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

**vs**          **CR NO. 2:18-CR-01024-DCN-4**

**Flossie Brockington**

# PLEA

The defendant, **Flossie Brockington**, having withdrawn her plea of Not Guilty entered,

December 13, 2018 pleads guilty to **Count(s)** _____2_____ of the

**Indictment/Superseding Indictment**, after arraignment in open court.


_____
(Signed) Defendant

Charleston, South Carolina
July 31, 2019